**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| MAURER, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:25-cv-17897-RMB-AMD |
| DEPTFORD COMMONS, LLC, | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted this 26th day of August 2026,

/s/ Jon G. Shadinger Jr.

Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
2220 N East Avenue
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff*

/s/ John G. DeSimone

John G. DeSimone, Esq.
DeSimone Law Offices, LLC
22 Euclid Street
Woodbury, NJ 08096
(856) 848-8800
john@desimonelawyer.com
*Attorney for Defendant*