**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| DENNIS MAURER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>DEPTFORD COMMONS, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Civil No. 25-17897-RMB-AMD<br><br>**ORDER** |

**RENÉE MARIE BUMB, Chief United States District Judge**:

**THIS MATTER** comes before the Court upon the parties' Stipulation of Dismissal with Prejudice. [Docket No. 15.] After review, and for good cause otherwise shown,

**IT IS**, on this **1st** day of **October 2026**, hereby:

**ORDERED** that the Clerk of the Court shall reopen this administratively-terminated matter and **CLOSE** the case pursuant to the parties' stipulated settlement dismissing this action with prejudice.

**/s/ Renée Marie Bumb**
Renée Marie Bumb
Chief United States District Judge